NEW HAVEN AMBULANCE SERVICE, INC., ET AL. *v.*
DOUGLAS S. LLOYD, COMMISSIONER OF
HEALTH SERVICES

The plaintiffs' petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is denied by the court.

*Charles A. Welch, Jr.,* in support of the petition.

*Stanley K. Peck,* in opposition.

Decided February 15, 1980

ALAN S. GARNER ET AL. *v.* PLANNING AND ZONING
BOARD OF APPEALS OF THE TOWN OF GREENWICH
ET AL.

The plaintiffs' petition for certification for appeal from the Superior Court in the judicial district of Fairfield at Stamford is denied by the court.

*Richard A. Silver* and *Ernest F. Teitell,* in support of the petition.

*Francis X. Lennon, Jr.* and *A. William Mottolese,* in opposition.

Decided February 15, 1980